CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Jose Herrera DANIEL**<br>DOB: 1969; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-09008MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about May 13, 2025, in the District of Arizona, **Jose Herrera DANIEL** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 6,399 rounds of 7.62 mm ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On May 13, 2025, Jose Herrera DANIEL attempted to leave the United States through the Douglas Port of Entry in Douglas, Arizona. DANIEL was driving a red Dodge Avenger, bearing Arizona license plate 0KA4CX. A Customs and Border Protection Officer (CBPO) working outbound operations selected DANIEL's vehicle for outbound inspection due to an HSI Douglas alert. DANIEL told CBPOs he had no firearms, firearms parts, ammunition, or currency over $10,000.00. A CBPO ran his weapon, ammunition and currency K-9 companion past the vehicle, and the K-9 alerted to a smell that s/he was trained to detect. CBPOs then ran the vehicle through a z-portal machine, and the scan of the vehicle revealed anomalies in the driver and passenger side rocker panels of the vehicle. CBPOs physically inspected those areas and located 6,399 rounds of 7.62 mm ammunition.

Homeland Security Investigations (HSI) Task Force Officer (TFO) Brian Valle and Special Agent Alyssa Montijo responded to the Douglas Port of Entry to interview DANIEL. Upon being advised of his rights, DANIEL agreed to speak with TFO Valle and SA Montijo. DANIEL admitted to them that he knew the ammunition was in the vehicle. DANIEL further admitted that he was supposed to be paid $300.00 upon successfully smuggling 500 rounds of the ammunition into Agua Prieta, Mexico. Finally, DANIEL admitted knowing it was illegal to transport ammunition into Mexico without a license.

The rounds of ammunition found in DANIEL's vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. DANIEL did not have a license or any other lawful authority to export these items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Matthew C. Cassell* | SIGNATURE OF COMPLAINANT<br><br>BRIAN R VALLE <span style="font-size:small">Digitally signed by BRIAN R VALLE<br>Date: 2025.05.14 09:52:47 -07'00'</span> |
|---|---|
| | OFFICIAL TITLE<br>HSI Task Force Officer, Brian R. Valle |

**Sworn by telephone   x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 14, 2025 |
|---|---|

1)    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

25-09008MJ





